IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                          )<br>            Plaintiff,            )<br>      v.                                  )<br>                                          )<br>ADRIAN NEGRETE-HERNANDEZ,    )<br>JANET MARTINEZ,                     )<br>JUAN DELGADO-MONTENEGRO,     )<br>"GUERITA,"                              )<br>ISMAEL CASAS,                        )<br>MICHAEL RAMOS,                      )<br>OLEGARIO TRUJILLO,                )<br>LUIS CORTEZ-MENDOZA,           )<br>ALEJANDRO MEJIA, and             )<br>PEDRO DELGADO-MONTENEGRO    )<br>                                          )<br>            Defendants.           | 5:08-mj-000034 TAG<br>5:08-mj-000039 TAG<br>5:08-mj-000041 TAG<br>5:08-mj-000042 TAG<br>5:08-mj-000035 TAG<br>5:08-mj-000036 TAG<br>5:08-mj-000038 TAG<br>5:08-mj-000037 TAG<br>5:08-mj-000040 TAG<br>5:08-mj-000032 TAG |

ORDER TO UNSEAL ARREST WARRANTS
AND CRIMINAL COMPLAINTS

**Under Seal**

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaints and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaints and Arrest

1

1 | Warrants in the above-entitled proceedings shall be unsealed.
2 | DATED: December 10, 2008

*[signature]*
THERESA A. GOLDNER
U.S. Magistrate Judge

```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ADRIAN NEGRETE-HERNANDEZ, ) <br> JANET MARTINEZ, ) <br> JUAN DELGADO-MONTENEGRO, ) <br> "GUERITA," ) <br> ISMAEL CASAS, ) <br> MICHAEL RAMOS, ) <br> OLEGARIO TRUJILLO, ) <br> LUIS CORTEZ-MENDOZA, ) <br> ALEJANDRO MEJIA, and ) <br> PEDRO DELGADO-MONTENEGRO, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | 5:08-mj-000034 TAG <br> 5:08-mj-000039 TAG <br> 5:08-mj-000041 TAG <br> 5:08-mj-000042 TAG <br> 5:08-mj-000035 TAG <br> 5:08-mj-000036 TAG <br> 5:08-mj-000038 TAG <br> 5:08-mj-000037 TAG <br> 5:08-mj-000040 TAG <br> 5:08-mj-000032 TAG <br><br><br><br> APPLICATION TO UNSEAL CRIMINAL <br> COMPLAINTS AND ARREST WARRANTS |

The United States of America hereby applies to this Court for an order unsealing the arrest warrants and criminal complaints in the above-captioned proceedings.

This motion is based on the fact that the defendants in these matters were arrested on the criminal complaints.

Dated: December 10, 2008            Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney
                            By:     /s/ Karen A. Escobar
                                    KAREN A. ESCOBAR
                                    Assistant U.S. Attorney

1