1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-0435 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEJANDRO MEJIA, | ) | |
| | ) | |
| Defendant. | ) | |

Having read and considered the parties' stipulation to suspend the current briefing schedule in this matter,

IT IS THE ORDER of the Court that the current briefing schedule is hereby suspended until further order of the Court.

IT IS SO ORDERED.

**Dated:   June 15, 2009**                       /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE

1