Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108

Attorney for Defendant, ALEJANDRO MEJIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-00435 |
| Plaintiff, | APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER |
| vs. | |
| ALEJANDRO MEJIA | |
| Defendants. | |

Defendant, ALEJANDRO MEJIA, hereby moves this court for an order to exonerate the $ 10,000 cash bond, receipt number C4E100005451.

On March 22, 2010, Defendant ALEJANDRO MEJIA appeared, as required, before United States District Court Judge Anthony W. Ishii for sentencing, thereafter, on April 29, 2010, surrendered himself to the Bureau of Prisons to serve his sentence.

Since ALEJANDRO MEJIA has met the conditions of release in this matter he requests that the court exonerate the cash bond posted by RAMONA CHACON CONTRERAS in the sum of $ 10,000 on December 18, 2008.

| | |
|---|---|
| Dated: March 30, 2009 | Respectfully submitted, |

                                                                /s/ Eric K. Fogderude
Eric K. Fogderude, Attorney for
ALEJANDRO MEJIA, Defendant

## **ORDER**

IT IS HEREBY ORDERED that the cash bond in the above-captioned case be exonerated and returned to RAMONA CHACON CONTRERAS.

IT IS SO ORDERED.

**Dated:   May 12, 2010**          /s/ **Anthony W. Ishii**
                                             CHIEF UNITED STATES DISTRICT JUDGE